# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OLIVAS, | ) Case No. ED CV 12-2070 MRW |
| Plaintiff, | ) |
| | ) JUDGMENT |
| vs. | ) |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: September 24, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin, who recently became the Acting Commissioner, is substituted for her predecessor, Michael J. Astrue. See Fed. R. Civ. P. 25(d).